IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Quentico Jason Dunlap, ) | C/A No. 0:15-4005-JFA-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Greenwood Detention Center; Nurse Donna ) | |
| Miller; Nurse Mary Moss; Sgt. Mrs. ) | |
| Montgomery; Sgt. Mr. Montgomery; ) | |
| Lt. Butler, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The plaintiff has filed this action, *pro se*, seeking relief pursuant to 42 U.S.C. § 1983. Plaintiff, a pretrial detainee, alleges violations of his constitutional rights by the named defendants. The defendants filed a motions for summary judgment on March 31 and April 29, 2016, pursuant to the Federal Rules of Civil Procedure. (ECF Nos. 35 & 39.) As the plaintiff is proceeding *pro se*, the court entered orders pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975) on March 31 and May 2, 2016, advising the plaintiff of the importance of a motion for summary judgment and of the need for him to file an adequate response. (ECF Nos. 36 & 40.) The plaintiff was specifically advised that if he failed to respond adequately, the defendants' motions may be granted, thereby ending his case.

Notwithstanding the specific warning and instructions set forth in the court's Roseboro orders, the plaintiff has failed to respond to the motions. As such, it appears to the court that he does not oppose the motions and wishes to abandon this action.

PJG

Based on the foregoing, it is

**ORDERED** that the plaintiff shall advise the court as to whether he wishes to continue with this case and to file a response to the defendants' motions for summary judgment within fourteen (14) days from the date of this order.  Plaintiff is further advised that if he fails to respond, **this action will be recommended for dismissal with prejudice for failure to prosecute.**  See Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

June 7, 2016
Columbia, South Carolina